UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

TIFFANY KESSLING, DDS

    Plaintiff,

v.

OHIO STATE UNIVERSITY et. al.

    Defendants.

Case No. 2:20:-cv-1719
Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## VERDICT FORM

1. On Plaintiff Tiffany Kessling's retaliation claim against Defendant Ohio State University under Title VII, we find for (check one)

    __✓__ Plaintiff Tiffany Kessling, or

    _____ Defendant Ohio State University

2. On Plaintiff Tiffany Kessling's retaliation claim against Defendant Patrick Lloyd under the First Amendment, we find for (check one)

    __J__ Plaintiff Tiffany Kessling, or

    _____ Defendant Patrick Lloyd

3. **Complete the following only if <u>one or more</u> of the above findings in numbers 1-2 is for Plaintiff Tiffany Kessling:**

State the total amount of compensatory damages for Plaintiff Tiffany Kessling:

$ __600,000.00__

37

4. ***Complete the following only if <u>both</u> of the above findings in numbers 1-2 is for Plaintiff Tiffany Kessling.***

Of the total amount of compensatory damages awarded in number 3, state the total amount of damages imposed upon Defendant Patrick Lloyd:

$ __300,000.0__

All jurors must agree to the verdict.
We render our verdict upon the agreement of those members who have signed below. Each juror signing his or her name below agrees with this verdict.



Dated: \11\2/2

38