AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern  District of  Ohio

| | |
|---|---|
| Tiffany Kessling, DDS <br> *Plaintiff* <br> v. <br> Ohio State University, et al. <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 2:20cv1719 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiff *(name)* Tiffany Kessling recover from the defendant *(name)* Ohio State University and Patrick Lloyd, DDS. the amount of nine hundred thousand dollars ($ 900,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: Pursuant to the jury verdict on 12/11/2023, Ohio State University is ordered to pay Tiffany Kessling $600,000.00, and Patrick Lloyd is ordered to pay Tiffany Kessling $300,000.00 in compensatory damages.

This action was *(check one)*:

☒ tried by a jury with Judge Sarah D. Morrison presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 12/11/2023

*CLERK OF COURT*

s/Maria Rossi Cook

*Signature of Clerk or Deputy Clerk*