IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **TIFFANY KESSLING, DDS,** | ) | Case No. 2:20-cv-1719 |
| | ) | |
| **Plaintiff** | ) | Judge Morrison |
| | ) | |
| v. | ) | Magistrate Judge Vascura |
| | ) | |
| **OHIO STATE UNIVERSITY, et al.** | ) | |
| | ) | |
| **Defendants** | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE
AND NOTICE OF SATISFACTION OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the parties' settlement agreement, the parties hereby stipulate to the dismissal of this action with prejudice, with the parties to bear their own costs. The Plaintiff also hereby provides notice of the satisfaction of the judgment entered against Defendants Ohio State University and Patrick Lloyd upon the jury's verdict in this matter.

Respectfully Submitted,

/s/ Frederick M. Gittes
Frederick M. Gittes (0031444)
fgittes@gitteslaw.com
Jeffrey P. Vardaro (0081819)
jvardaro@gitteslaw.com
The Gittes Law Group
723 Oak St.
Columbus, OH 43205
(614) 222-4735/Fax: (614) 221-9655

Laren E. Knoll, (0050794)
lknoll@knolllaw.com
The Knoll Law Firm LLC
7240 Muirfield Drive, Suite 120
Dublin, Ohio 43017
(614) 372-8890/Fax: (614) 452-4850

Attorneys for the Plaintiff

/s/ Christina L. Corl_(per email authority)
Christina Corl (0067869)
Plunkett Cooney
300 East Broad Street, Suite 590
Columbus, Ohio 43215
(614) 629-3018
Fax: (614) 629-3019
ccorl@plunkettcooney.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of February 2024, a copy of the foregoing joint report was filed using the Court's CM/ECF system, which shall serve notice hereof to counsel for all parties.

                                            /s/Frederick M. Gittes_____
                                            Frederick M. Gittes